**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| HUANG CHENG GAO, )<br>          Petitioner, )<br>v. )<br>           )<br>ERIC HOLDER, ET AL., )<br>          Respondents. ) | No. 3:10-CV-756-D |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

February 7, 2011.

                                                _____
                                                SIDNEY A. FITZWATER
                                                CHIEF JUDGE